# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEFFREY DUBNOW, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 19 C 2423 |
| ) | |
| ) | Judge Kendall |
| ROBERT WILKIE, Secretary, ) | |
| Department of Veterans Affairs, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that under 28 U.S.C. § 1291, 38 U.S.C. § 7462(f)(1), and Fed. R. App. P. 4(a)(1)(B)(iii), Plaintiff Jeffrey Dubnow, M.D. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Final Judgment entered in this action on November 12, 2020 (Dkt. 48) and from all adverse orders preceding that judgment.

By: *Jamie Gliksberg*

Patrick Croke
**Croke Fairchild Morgan & Beres**
180 N. LaSalle St., Suite 2750
Chicago, IL 60601
(312) 768-4700
pcroke@crokefairchild.com

Jamie A. Gliksberg
**Croke Fairchild Morgan & Beres**
180 N. LaSalle St., Suite 2750
Chicago, IL 60601
(847) 757-8385
jgliksberg@crokefairchild.com

Timothy M. Hansen
**Hansen Reynolds LLC**
316 N. Milwaukee St., Suite 200
Milwaukee, WI 53202

(414) 455-7676
thansen@hansenreynolds.com

Alan W. Nicgorski
**Hansen Reynolds LLC**
150 S. Wacker, Suite 2400
Chicago, IL 60606
(312) 265-2253
anicgorski@hansenreynolds.com

Neil Lloyd
**Schiff Hardin LLP**
233 S. Wacker, Suite 7100
Chicago, IL 60606
(312) 258-5628
nlloyd@schiffhardin.com